

UNITED STATES DISTRICT COURT
EASTERN MASSACHUSETTS

| | |
|---|---|
| PRESLER JOSEPH ) <br> A-34-655-339 ) <br> Petitioner ) <br> ) <br> v. ) <br> ) <br> JOHN D. ASHCROFT ) <br> Attorney General; ) <br> BRUCE CHADBOURNE ) <br> Interim Field Office ) <br> Director I.C.E. ) <br> THOMAS HODGSON ) <br> Sheriff Bristol County ) <br> House of Correction ) <br> ) <br> Respondents ) <br> ) | Civil Action #04-11922-NMG <br><br> AFFIDAVIT IN SUPPORT OF <br> MOTION TO APPOINT COUNSEL |

I, PRESLER JOSEPH Being duly sworn, deposes, and says;

1. I am presently being detained per order of the Department of Homeland Security ("DHS") Bureau of Immigration and Customs Enforcement ("B.I.C.E.").

2. As a result of my continued detention; I am presently not gainfully employed. Which is the cause of my inability to obtain and afford the fees associated with such retention.

3. While I was incarcerated in the ACI in Rhode Island; I paid lawyer $4,000 for an appeal and post conviction, he

(John Larochelle Attorney at law) ended up doing nothing and basically kept the money saying that he notified INS to confirm that my name was PRESLER JOSEPH and not JOSEPH PRESLER.

4. I even had an Immigration lawyer (HUMBERTA GONCALVES) who was ineffective, she failed / or refuses to apply for waiver / petition that would have looked favorable in immigration court in light of my extensive to the community and the nature and circumstances of my conviction and subsequent wrongful incarceration.

5. I am in receipt of a list of free legal service providers that was enclosed with my decision. Note that I've written to most of them but never reply back.

6. For reasons stated in paragraphs 2 to 5 ; I am unable nor have the resources to obtain counsel.

7. I am not a lawyer nor do I have the ready means and resources to investigate and gather crucial information pertaining to the discovery process associated with this petition for a writ of habeas corpus.

8. I am writing these motions and supporting documents with the samples provided by numerous sources IE: P.A.I.R project and the A.B.A (American Bar Association).

9. There are complex issues pertaining to this judicial action for a writ of habeas corpus that I am unfamiliar with.

10. For reasons outlined in paragraphs 7 to 9; I am unable to successfully represent myself on this matter. For these reasons, I seek the court's assistance.

11. On 9/21/04; I spoke with CAROLE AMBROSE of the HAITIAN consul who confirm to me that HAITI is not issuing travel documents anytime soon.

SIGNED UNDER PAIN AND PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY ABILITY.

ON THIS 21st DAY OF SEPTEMBER, 2004.

*[signature]*
PRESLER JOSEPH
A-34-655-339