UNITED STATES DISTRICT COURT
EASTERN MASSACHUSETTS

PRESLER JOSEPH )
A-34-655-339 )
Petitioner )
)
)
v. )
JOHN D. ASHCROFT ) Civil Action #04-11922-NMG
Attorney General; )
BRUCE CHADBOURNE )
Interim Field Office )
Director I.C.E.; )
THOMAS HODGSON ) MOTION FOR EXTENTION
Sheriff Bristol County ) FOR FILING HABEAS CORPUS
House of Correction )
)
Respondents )
)

Now comes the petitioner **PRESLER JOSEPH** and hereby requests this honorable court to grant him an extention in filing his petition for a writ of habeas corpus. For the following reasons:

1. I currently don't have counsel to represent me on this matter, nor do I have the fund to retain one.

2. I am enclosing the motion requesting this court to assist me by appointing counsel to represent me.

3. Future appointed counsel will need time to go over the the documents in order to make proper preparation for this

district court habeas action.

4. There are complex issues present that will need much investigation for discovery purposes.

5. I will need time to speak and work out a strategy to present this habeas petition. I alone do not have the ability and resources to successfully present this petition.

6. I am still awaiting information from my daughter who is currently stationed in IRAQ fighting. I also need her Birth certificate to attach to my petition.

7. I am also trying to get sister marie's birth certificate and other supporting document to attach to my petition.

FOR the above reasons; Petitioner's request for an extention of his filing deadline to file his writ of habeas corpus should be <<<<<<<**GRANTED**>>>>>>>

RESPECTFULLY SUBMITTED:

_(signature)_
PRESLER JOSEPH