UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PRESLER JOSEPH, )<br>)<br>    Petitioner )<br>)<br>    v. )<br>)<br>BRUCE CHADBOURNE, INTERIM FIELD )<br>OFFICE DIRECTOR )<br>)<br>    Respondent ) | Civil Action No.<br>04cv11922-NMG |

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent[1] hereby informs the Court of its intention to execute the final order of removal against petitioner **on or after November 29, 2004.**

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                  United States Attorney

                    By:  s/Frank Crowley
                         FRANK CROWLEY
                         Special Assistant U.S. Attorney
                         Department of Homeland Security
                         P.O. Box 8728
                         J.F.K. Station
                         Boston, MA 02114
                         (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of the removal order against petitioner in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts.

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on November 3, 2004.

        s/Frank Crowley
        FRANK CROWLEY
        Special Assistant U.S. Attorney
        Department of Homeland Security
        P.O. Box 8728
        J.F.K. Station
        Boston, MA 02114