## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Presler Joseph,<br>            Plaintiff<br><br>V.<br><br>Bruce Chadbourne,<br>            Defendant | CIVIL ACTION<br><br>NO. 04-11922-NMG |

### ORDER OF DISMISSAL

Gorton, D. J.

In accordance with the Court's Memorandum and Order dated   11/9/04  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

| | |
|---|---|
| 11/10/04<br>Date | /s/ Craig. J. Nicewicz<br>Deputy Clerk |

(presler.wpd - 12/98)                                                                                      [odism.]